■ PAMELA FAY, Respondent, v. ALLEN FAY, Appellant.— Order, Supreme Court, New York County, entered November 4, 1971, which granted plaintiff's motion for temporary alimony and for counsel fees, unanimously modified, on the law and the facts, to the extent of reducing the award of alimony to $100 per week; and, as so modified, the order is otherwise affirmed, without costs and without disbursements. On the present record, the award for temporary alimony was excessive to the extent indicated. Concur—McGivern, J. P., Markewich, Nunez, Murphy and Tilzer, JJ.

■ AMERICAN AIRLINES, INC., Appellant, v. SHUTZER INDUSTRIES, INC., Respondent.— Order, Supreme Court, New York County, entered on November 23, 1971, unanimously affirmed. Respondent shall recover of appellant $50 costs and disbursements of this appeal. Plaintiff-appellant's motion, on argument of the appeal, to strike portions of respondent's brief is denied; defendant-respondent's motion, renewed on oral argument, to strike pages 71, 72 and 73 from the record on appeal is granted. Concur— Stevens, P. J., McGivern, Markewich, Kupferman and Murphy, JJ.